

# NUMBER 13-12-00360-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ELIZABETH LAHAYE,                                                              Appellant,

v.

DONNIE THOMPSON, INDIVIDUALLY
AND AS TRUSTEE FOR THE ESTATE OF
W.H. THOMPSON (WILLIAM HUGHES
THOMPSON REVOCABLE TRUST),                                                    Appellee.

## On appeal from the 197th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on June 25, 2012, due to the bankruptcy of

one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

This cause is now before the Court on the parties' joint motion to dismiss appeal on

grounds that the parties have settled and compromised their differences. The parties request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the parties' joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The parties' joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of January, 2013.